IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00013AWI |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| STEVEN BUSTAMANTE, | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Steven Bustamante with prejudice.

IT IS SO ORDERED.

Dated:   April 4, 2013

SENIOR DISTRICT JUDGE

1